IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANGIE BIER,**

    **Plaintiff,**

**v.**                                                                          No. 13-cv-0223 SMV

**CAROLYN W. COLVIN,**
Acting Comm'r of SSA,

    **Defendant.**

### ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court upon Defendant's Motion to Seal Administrative Record [Doc. 11], filed August 1, 2013. The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that it is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that Defendant's Motion to Seal Administrative Record [Doc. 11] is **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**