IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGIE BIER,

       Plaintiff,

v.                                                  **No. 13-cv-0223 SMV**

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

       Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **Friday, September 27, 2013**;

(2)    Defendant shall file a Response no later than **Friday, November 22, 2013**;

(3)    Plaintiff may file a Reply no later than **Friday, December 20, 2013**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding  by Consent**