IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGIE BIER,

    Plaintiff,

v.   No. 13-cv-0223 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing, with Supporting Memorandum [Doc. 15] in an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, the final decision of the Commissioner is reversed, and the case is remanded to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**